**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03139-REB

In Re:

Petition of DANIEL ARCHER, as Ownder of the unnamed vessel Hull ID #SERA5032J798, For Exoneration from or Limitation of Liability

    Petitioner.

### MINUTE ORDER[1]

The matter is before the court on the **Joint Motion To Stay Deadlines and Requirements Arising Under F.R.C.P. 16 and 26** [#23] filed February 7, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Stay Deadlines and Requirements Arising Under F.R.C.P. 16 and 26** [#23] filed February 7, 2014, is **GRANTED**; and

2. That the deadlines and requirements arising under F.R.C.P. 16 and 26 are **STAYED** pending order of the court on **Claimant's Motion For Summary Judgment or in the Alternative Motion To Dissolve Injunction** [#19] filed January 10, 2014.

    Dated: February 7, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.