# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03139-REB

In Re:

Petition of DANIEL ARCHER, as owner of the unnamed vessel Hull ID #SERA5032J798, For Exoneration from or Limitation of Liability,

    Petitioner.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Claimant's Motion for Summary Judgment** [#26] entered by Judge Robert E. Blackburn on February 24, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Claimant's Motion for Summary Judgment or in the Alternative Motion To Dissolve Injunction** [#19], filed January 10, 2014, is **GRANTED** insofar as it seeks summary judgment;

2. That the **Verified Petition for Exoneration from or Limitation of Liability** [#1], filed November 19, 2013, is **DENIED**; and

3. That the injunction entered pursuant to this court's **Order** ¶ 1 at 2 [#16], filed January 3, 2014, is **VACATED**.

3.    DATED at Denver, Colorado, this 25th day of February, 2014

                                    FOR THE COURT:

                                    Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
Kathleen Finney
Deputy Clerk